```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                Plaintiff,

    -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, ET AL.,

                Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On June 24, 2025, Plaintiff filed a Notice of Motion for Default Judgment against Defendant New York Metropolitan Transit Authority ("MTA"). ECF No. 15. Plaintiff argues that default judgment is warranted because MTA has not yet answered the Complaint.

    By Order dated June 13, 2025, the Court granted MTA's letter motion for an extension of time to respond to the Complaint until July 11, 2025. ECF No. 14.

    Because MTA's time to respond to the Complaint has not yet elapsed, Plaintiff's Motion for Default Judgment is **DENIED** as premature. The denial of this motion is without prejudice to renewal should MTA fail to respond to the Complaint by the deadline.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: June 25, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge