UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdul Q. Awan,

              Plaintiff,

-against-

MTA, New York Metropolitan Transit Authority, Homeland Security Dept., National Transportation Safety Board (NTSB), Center for Disease Control (CDC), Dept. of Transportation (US DOT), United States Attorney (DOJ),

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2025____
```

25 Civ. 4339 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

    On July 9, 2025, Defendants MTA and the New York Metropolitan Transit Authority (collectively, the "MTA"), filed a pre-motion letter concerning an anticipated motion to dismiss under Federal Rule of Civil Procedure 12. ECF No. 20. Pursuant to ¶ IV.C of the undersigned's Individual Practices in Civil *Pro Se* Cases, "[p]re-motion conferences and pre-motion letters are not required in *pro se* cases." Accordingly, Plaintiff *pro se*, Abdul Q. Awan, need not respond to the MTA's July 9 letter. The MTA may file its motion in accordance with the applicable federal and local rules.

    The Clerk of Court is respectfully directed to mail a copy of this letter to Plaintiff *pro se*.

    SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge