

130 Livingston Street
Brooklyn, New York 11201

Demetrius Crichlow
President

**New York City Transit**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/14/2025___

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Abdul Q. Awan v. MTA New York City Transit**
       **Docket No. 25-cv-04339 (AT) (HJR)**

Dear Judge Torres:

This office represents Defendant Metropolitan Transportation Authority - New York City Transit ("MTA") in the above-entitled action. This letter is respectfully submitted to request an extension of time to file a motion to dismiss. At this time, the MTA respectfully requests a two-week extension of time to file the motion to dismiss. We reached out to the plaintiff previously, and he indicated that he will not agree to any request for any extensions of time.

On July 9, 2025, the Defendant filed a pre-motion letter seeking permission to file a motion to dismiss and an extension of time to file a response until the motion was decided with the Court. On July 10, 2025, the Court issued an order that MTA may file its motion to dismiss. However, the Court directed the MTA to file in accordance with the applicable federal and local rules. However, a response to the complaint is due today, Friday, July 11, 2025. The MTA sincerely apologizes for its error and respectfully asks for additional time. We should have asked for an extension in our pre-motion letter, and it was not our intent to omit that request or delay the process.

The extension will permit this office to properly file the motion to dismiss with relevant exhibits. This is MTA's first request for an extension to file for a motion to dismiss the complaint, however, it is the second request to respond to the complaint as we previously needed more time to investigate the allegations. The MTA apologizes to the Court for not submitting this request at least two (2) business days prior to the set deadline.

Thank you for your consideration in this matter.

GRANTED. By **July 25, 2025**, Defendant shall file its motion to dismiss. By **August 22, 2025**, Plaintiff shall file his response. By **September 5, 2025**, Defendant shall file its reply, if any.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 20 and 22, and mail a copy of this Order to Plaintiff *pro se*.

SO ORDERED.

Dated: July 14, 2025
       New York, New York

ANALISA TORRES
United States District Judge