```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                Plaintiff,

    -v-

NEW YORK METROPOLITAN TRANSIT AUTHORITY, ET AL.,

                Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 21, 2025, the Court issued an order and directed the Clerk of Court to mail a copy to Plaintiff, who is proceeding pro se. The Clerk attempted to send the order to the address Plaintiff provided when he initiated the case: Abdul Q. Awan, 217 West 18th Street Suite 12G, New York, NY 10113.

On July 31, the letter was returned as undeliverable.

To the extent that it has any knowledge of Plaintiff's current address or contact information, Defendant MTA is directed to provide the Court with an update concerning such.

Plaintiff is directed to update his contact information.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 1, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

1