```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                      Plaintiff,

   -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, ET AL.,

                      Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 25, 2025, Defendant New York Metropolitan Transit Authority ("MTA") moved to dismiss the case. ECF No. 33. The motion was served on Plaintiff, who is proceeding *pro se*. ECF No. 36. Plaintiff's deadline to file his opposition was August 22, 2025. ECF No. 23. The Court reminded Plaintiff of this deadline on August 19, 2025. ECF No. 55.

While Plaintiff has made a number of submissions, none of them appears to be an opposition to the MTA's motion. Accordingly, his deadline to respond to the motion to dismiss is *sua sponte* extended to September 10, 2025. **If no opposition is received by that date, the motion will be decided based on the MTA's papers**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 29, 2025
       New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge

1