UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                Plaintiff,

    -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/18/2025_

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      On July 25, 2025, Defendant New York Metropolitan Transit Authority ("MTA") moved to dismiss this case. ECF No. 33. The motion was served on Plaintiff, who is proceeding *pro se*, on July 25, 2025. ECF No. 36. Plaintiff's deadline to file his opposition was August 22, 2025. ECF No. 23. The Court reminded Plaintiff of this deadline on August 19, 2025. ECF No. 55. On August 29, 2025, the Court granted Plaintiff a *sua sponte* extension to file his response by September 10, 2025, and warned Plaintiff that if no opposition was received by that date, the motion would be decided on the MTA's papers. ECF No. 60. The Order at ECF No. 60 was mailed to Plaintiff on September 2, 2025.

      As of the date of this Order, the Court has not received Plaintiff's response to the MTA's motion to dismiss. Therefore, the motion will be decided on the MTA's papers.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

1

**SO ORDERED.**

Dated: September 18, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge