UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                Plaintiff,

   -v-

NEW YORK METROPOLITAN TRANSIT AUTHORITY, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2025

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 27, 2025, the Court issued an Order, ECF No. 58, establishing a deadline of October 14, 2025 for the Department of Homeland Security, the National Transportation Safety Board, the Center for Disease Control, the Department of Transportation, and the Department of Justice (the "Federal Defendants") to respond to the Complaint.

On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain deadlines in civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice. *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3. A copy of the Amended Standing Order is attached.

Accordingly, the Federal Defendants' deadline to file a response to the Complaint is hereby tolled consistent with the Amended Standing Order. **Within 10 days of the restoration of funding to the Department of Justice and/or other executive branch agencies, the parties are directed to submit a joint**

1

letter proposing the new deadline by which the response to the Complaint, if any, shall be filed.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: October 15, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
In re: Stay of Certain Civil Cases Pending the   :   AMENDED STANDING ORDER
Restoration of Department of Justice Funding     :   M10-468
                                                     25-mc-00433-LTS
                                          :
------------------------------------------x

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

1. Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business date after the President signs into law a budget appropriation that restores Department of Justice funding.

2. Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in <u>qui tam</u> cases, in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

3. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov with the papers seeking such relief.

4. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov.

5. The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

6. This Order amends and supersedes the Order relating to the stay of civil cases involving the United States Attorney's Office for the Southern District of New York that was entered on October 1, 2025.

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

Dated: New York, New York
October 2, 2025