UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

ABDUL Q. AWAN,

                Plaintiff,

-v-

NEW YORK METROPOLITAN TRANSIT AUTHORITY, *et al.*,

                Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's submissions, including what is labeled as a "Notice of Motion [for] Summary Judgment," dated October 31, 2025, ECF No. 76 (the "October 31 Motion"), and "Notice of Motion [to] Compel Discovery," dated November 8, 2025, ECF No. 80 (the "November 8 Motion"). Both Motions are **DENIED.**

    The October 31 Motion is **DENIED** as it is premature and fails to comply with Rule 56.1 of the Local Rules of the Southern and Eastern Districts of New York, which governs motions for summary judgment. Additionally, the October 31 Motion appears duplicative, to some degree, of prior motions that have already been denied. *See* ECF Nos. 55 and 73. However, assuming the case survives the pending motion to dismiss at ECF No. 33—which is now fully briefed, *see* ECF No. 66—the Court will set a schedule including a time for filing summary judgment motions. Any summary judgment motions filed before that time without leave of Court will be considered premature and denied without prejudice to being refiled at the

appropriate time.

The November 8 Motion is also premature, as not all Defendants have answered the Complaint and discovery has not yet begun. It is therefore **DENIED** without prejudice to renewal.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 76 and 80 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 17, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge