UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2025
```

ABDUL Q. AWAN,

                Plaintiff,

-v-

NEW YORK METROPOLITAN TRANSIT AUTHORITY, *et al.*,

                Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the November 21, 2025 letter from the Department of Homeland Security, the National Transportation Safety Board, the Centers for Disease Control and Prevention, the Department of Transportation, and the Department of Justice (the "Federal Government Defendants"). ECF No. 84. The Federal Government Defendants' request is **GRANTED**, and their response to the Complaint is due by **December 16, 2025.**

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 24, 2025
      New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge