UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                              Plaintiff,

            -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, *et al.*,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2025

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order of Reference dated December 19, 2025, ECF No. 92, the undersigned was referred to address the December 16, 2025 motion to dismiss filed by the Federal Defendants at ECF No. 89 (the "Federal Defendants' Motion to Dismiss"). Plaintiff is directed to respond to the Federal Defendants' Motion to Dismiss by **January 9, 2026.** The Federal Defendants shall file their reply by **January 16, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: December 22, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1