UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2026

ABDUL Q. AWAN,

                              Plaintiff,

              -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, *et al.*,

                              Defendants.

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff has filed a "Notice for Cross Motion," ECF No. 63. This filing incorporates Plaintiff's position "Sworn to on August 4, 2025 and served and filed on August 7, 2025." This appears to refer to Plaintiff's "Notice of Motion [for] Summary Judgment," ECF No. 49. The motion filed at ECF No. 49 was denied by the Order entered at ECF No. 55. Plaintiff claims that his position articulated in ECF No. 63 "is supplemented by Affidavit Sworn to on August 21, 2025 with 3 Writs incorporated. . . ." This appears to refer to ECF No. 59, which is described as an "Affidavit in Cross Motion Rule § 56." The undersigned has considered ECF No. 59 and finds that, in substance, it largely restates the arguments previously made about the granting of an extension for "Defendant MTA" to respond to the complaint. ECF No. 63 is hereby **DENIED** for the reasons stated in ECF No. 55 and other orders, including ECF Nos. 17, 31, and 40.

Plaintiff has filed a "Writ of Error 3," ECF No. 64. Notwithstanding the label attached to this filing, it is, in substance, a reprise of ECF No. 54, styled as "Writ of

1

Error 2." ECF No. 54 was denied in the Order entered at ECF No. 55. ECF No. 64 is hereby **DENIED** for the same reasons.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 63 and 64 as **DENIED** and to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: January 9, 2026
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge

2