UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

                          Plaintiff,

            -v-

NEW YORK METROPOLITAN TRANSIT
AUTHORITY, *et al.*,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2026

**ORDER**

25-CV-4339 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 16, 2025, the Federal Defendants filed a motion to dismiss, ECF No. 89 (the "Federal Defendants' Motion to Dismiss").  By order dated December 22, 2025, ECF No. 93, the undersigned ordered Plaintiff to respond to the Federal Defendants' Motion to Dismiss by January 9, 2026.  As Plaintiff did not file a response by January 9, 2026, on January 12, 2026 the Court granted a *sua sponte* extension for Plaintiff to file a response by January 16, 2026.  ECF No. 96.  To date, Plaintiff has not filed a response.  As no opposition to the Federal Defendants' Motion to Dismiss has been filed, it will be treated as fully briefed and ready for decision.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

1

**SO ORDERED.**

Dated: January 22, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge