UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdul Q. Awan,

                    Plaintiff,

        -against-

MTA, New York Metropolitan Transit Authority,
Homeland Security Dept., National Transportation Safety
Board (NTSB), Center for Disease Control (CDC), Dept.
of Transportation (US DOT), United States Attorney
(DOJ),

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___4/13/2026___

25 Civ. 4339 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 26, 2026, the Court granted Plaintiff *pro se* leave to amend his complaint to address the deficiencies identified in the January 9, 2026 Report and Recommendation issued by the Honorable Henry J. Ricardo.  The deadline for Plaintiff to file an amended complaint, if any, was by March 30, 2026.  That deadline has now passed.

Because a second motion to dismiss remains pending before the Court, ECF No. 89, Plaintiff's deadline to amend his complaint is ADJOURNED *sine die*.  The Court will set a new deadline for Plaintiff to amend his complaint following resolution of the pending motion to dismiss at ECF No. 89.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: April 13, 2026
       New York, New York

_____
        ANALISA TORRES
    United States District Judge