USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: ___8/10/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdul Q. Awan,

Plaintiff,

-against-

MTA, New York Metropolitan Transit Authority, Homeland Security Dept., National Transportation Safety Board (NTSB), Center for Disease Control (CDC), Dept. of Transportation (US DOT), United States Attorney (DOJ),

Defendants.

25 Civ. 4339 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

On June 15, 2026, the Court entered an order adopting the Honorable Henry J. Ricardo's report and recommendation recommending that Plaintiff *pro se*'s complaint be dismissed with leave to amend. *See* ECF No. 101. Plaintiff's deadline to file an amended complaint was July 30, 2026. *Id.* at 2. That deadline has now passed. Accordingly, if Plaintiff does not file an amended complaint by that date, the Court shall dismiss this action, enter judgment in favor Defendants, and close the case.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge