USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdul Q. Awan,

Plaintiff,

-against-

MTA, New York Metropolitan Transit Authority, Homeland Security Dept., National Transportation Safety Board (NTSB), Center for Disease Control (CDC), Dept. of Transportation (US DOT), United States Attorney (DOJ),

Defendants.

25 Civ. 4339 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

On June 15, 2026, the Court entered an order adopting the Honorable Henry J. Ricardo's report and recommendation ("R&R") recommending that Plaintiff *pro se*'s complaint be dismissed with leave to amend. *See* ECF No. 101. Plaintiff's deadline to file an amended complaint was July 30, 2026. *Id.* at 2. Plaintiff failed to meet that deadline. *See* ECF No. 102. On August 10, 2026, the undersigned advised Plaintiff that failure to file an amended complaint would result in the dismissal and closure of this case.

On August 24, 2026, Plaintiff filed an affirmation of service of a notice of claim on certain Defendants. *See* ECF No. 103. Plaintiff is advised that he must file an amended complaint addressing the deficiencies set forth in the R&R, not a notice of claim.

By **September 21, 2026**, Plaintiff shall file any amended complaint. The amended complaint shall address the deficiencies outlined in Judge Ricardo's R&Rs dated January 9, 2026 and May 12, 2026. *See* ECF Nos. 94, 100. No further extensions will be granted absent exceptionally good cause shown. The filing of documents other than an amended complaint does not extend the deadline. If Plaintiff does not file an amended complaint by that date, the Court shall dismiss this action, enter judgment in favor Defendants, and close the case.

SO ORDERED.

Dated: August 27, 2026
New York, New York

ANALISA TORRES
United States District Judge