USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdul Q. Awan,

Plaintiff,

-against-

MTA, New York Metropolitan Transit Authority, Homeland Security Dept., National Transportation Safety Board (NTSB), Center for Disease Control (CDC), Dept. of Transportation (US DOT), United States Attorney (DOJ),

Defendants.

25 Civ. 4339 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

On June 15, 2026, the Court entered an order adopting the Honorable Henry J. Ricardo's report and recommendation ("R&R") recommending that Plaintiff *pro se*'s complaint be dismissed with leave to amend. *See* ECF No. 101. Plaintiff's deadline to file an amended complaint was July 30, 2026. *Id.* at 2. Plaintiff failed to meet that deadline. *See* ECF No. 102.

The undersigned advised Plaintiff that failure to file an amended complaint would result in the dismissal and closure of this case, and extended Plaintiff's deadline to September 21, 2026. *See* ECF Nos. 102, 104. The Court advised Plaintiff that the September 21 deadline was his final extension and that filing documents other than an amended complaint would not extend the deadline. *See* ECF No. 104.

Plaintiff has not filed an amended complaint. Accordingly, this action is dismissed. The Clerk of Court is respectfully directed to enter judgment in favor Defendants and close the case.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge