UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL Q. AWAN,

Plaintiff,

-against-

MTA, NEW YORK METROPOLITAN TRANSIT AUTHORITY, HOMELAND SECURITY DEPT., NATIONAL TRANSPORTATION SAFETY BOARD (NTSB), CENTER FOR DISEASE CONTROL (CDC), DEPT. OF TRANSPORTATION (US DOT), UNITED STATES ATTORNEY (DOJ),

Defendants.

25 CIVIL 4339 (AT) (HJR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 24, 2026, this action is dismissed for failure to file an amended complaint. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**